USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 14-04987 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| JERONE WALKER | HANDBILL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JERONE WALKER

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
830 Ungers Lane Boyertown, PA 19512

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW:

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED
OCT 24 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)

Signature of Attorney other Originator requesting service behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 10/3/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Total Process: 1   District of Origin: No. ___   District to Serve: No. ___   Signature of Authorized USMS Deputy or Clerk   Date: 10/3/16

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 10/7/16   Time: 3:00 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy: Ben D. Plig

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 8.10 | | 73.10 | | 8.10   -$0.00- |

REMARKS: Posted - occupied residence   15 miles roundtrip

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80