
## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 14-cv-4987

I, Brian D. Hicks, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 830 Ungers Lane Boyertown, PA.

The public sale was held on 1/5/17

and the highest bidder was BP Real Estate Investment Group

who bid the amount of $ 72,310.00.

Brian D. Hicks #1688
**Deputy U.S. Marshal**
**United States Marshals Service**
**Eastern District of Pennsylvania**
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273

FILED
JAN 10 2017
LUCY V. CHIN, Interim Clerk
BY____ Dep. Clerk



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Sarah Sensenig on Behalf of BP REIG LP

ADDRESS: 1770 Oregon Pike

Lancaster, PA 17601

PHONE (DAY): 717-327-0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group, LP
The above is precisely how the name(s) are to appear in the deed