# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

JERONE WALKER
        Defendant

Civil Action No: 14-04987

FILED
OCT 25 2017
KATE BARKMAN, Clerk
By_____ Deputy Clerk

## ORDER

AND NOW, this 25th day of October, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on January 05, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to BP Real Estate Investment Group, LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of JERONE WALKER in and to the premises sold located at 830 Ungers Lane, Boyertown, PA 19512.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

ENTERED

_____ J.

xc: U.S. Marshal