IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITEDS STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| JERONE WALKER | : | NO.:  14-cv-4987 |

# O R D E R

**AND NOW**, this **18TH** day of **NOVEMBER 2019**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Lawrence F. Stengel, to the calendar of the Honorable Jeffrey L. Schmehl.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
Clerk of Court