# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(11/07)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>JERONE WALKER<br><br>                Defendant | CIVIL NO. 14-04987 |

FILED
JAN 0 3 2020
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................$72,310.00

Amount of cash received ............................................................$72,310.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2014A43259 ....................................................$72,310.00

                                        KML Law Group, P.C.

                                        By: _____
                                        Rebecca A. Solarz, Esquire
                                        Suite 5000 – BNY Independence Center
                                        701 Market Street
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6327
                                        Original signature not required/electronic filing